UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by ___ D.C.

JUN 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 99-1053-CIV-LENARD
Magistrate Judge Turnoff

WILSON BARON, et al.,

    Plaintiffs,

v.

QUALITY AIRCRAFT SERVICES, INC.,
et al.,

    Defendants.
_____/

## AMENDED JUDGMENT

This Cause comes before the Court, the Honorable Joan A. Lenard, United States District Judge presiding, on the Offer of Judgment submitted by Defendants Worldwide Flight Services, Inc. ("Worldwide") and American Airlines, Inc. ("American"). Plaintiffs claimed violation of the Fair Labor Standards Act, 29 U.S.C. 201 *et seq.* Defendants denied liability and Defendants American and Worldwide denied that they were Plaintiffs' employer. Without conceding liability or defenses, and without trial, pursuant to Fed. R. Civ. P. 68, these Defendants offered judgment on November 7, 2000 that was accepted November 16, 2000. Consistent with Plaintiffs' acceptance of this Offer,

IT IS ORDERED AND ADJUDGED:

    1.    Each Plaintiff listed on Exhibit A to this final judgment may take judgment against Defendants Worldwide and American in the amount of $1,290.33 payable by



CASE NO. 99-1053-CIV-LENARD
Magistrate Judge Turnoff

check to each individual Plaintiff on Exhibit A, payment of which will satisfy this judgment except as indicated in Paragraph 2, for which execution may issue.

2. Each Plaintiff listed on Exhibit B will take judgment against Worldwide and American in the amounts stated in that Exhibit for mischecked baggage penalties to be satisfied by payment to each individual in the amounts indicated, for which execution may issue;

3. Payments to any Plaintiff under paragraphs 1 and 2 above will bear interest from the date of this judgment as provided in 28 U.S.C. § 1961.

4. The Court will reserve jurisdiction to adjudicate Plaintiffs' claim for reasonable attorneys' fees pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1920.

5. This Judgment does not affect the rights and obligations of any other Defendant, or among them.

6. Plaintiffs' claims and the action against Worldwide and American are dismissed with prejudice upon satisfaction of this Final Judgment, except as reserved.

DONE AND ORDERED this 21 day of June, 2001 in chambers at Miami-Dade County, Florida.

JOAN A. LENARD
United States District Judge

Copies to counsel

-2-

# EXHIBIT A

## FINAL LIST OF NOTICE OF CONSENT FORMS FILED WITH COURT

| NO. | NAME |
|---|---|
| 1. | Albury, Willis C |
| 2 | Alvarez, Abraham |
| 3. | Ansari, Azimul* |
| 4. | Aranguren, Ruben* |
| 5. | Arrunategui, Walter |
| 6. | Barclay, Nicanor |
| 7. | Baron, Wilson* |
| 8. | Blackshear II, Richmond E.* |
| 9. | Bleich, Lorrain* |
| 10. | Bleich, Michael* |
| 11. | Bravo, Eugenio* |
| 12. | Brierre, Jean-Claude* |
| 13. | Butler, Larry* |
| 14. | Butler, Stevy* |
| 15. | Caballero, Jose M.* |
| 16. | Cabrera, Manuel |
| 17. | Carbo, Tito E. |
| 18. | Carr, William Clinton |
| 19. | Castineiras, Isaac |
| 20. | Castro, Felipe |
| 21. | Cespedes, Miguel A. |

**\* This Plaintiff also appears on Exhibit B.**

| NO. | NAME |
|---|---|
| 22. | Chanady, Nelson* |
| 23. | Clay, Anthony* |
| 24. | Crespo, Louis* |
| 25. | Cruz, Benjamin* |
| 26. | Curry, James* |
| 27. | Curry, William |
| 28. | Czeremcha, Robert D. |
| 29. | De Armas, Felipe |
| 30. | De Sosa, Juan |
| 31. | Diaz, Jorge M.* |
| 32. | Dikeman, John |
| 33. | Dornreich, Dirck |
| 34. | Duenas, Gustavo |
| 35. | Fair, Larry |
| 36. | Fernandez, Juan C.* |
| 37. | Fernandez de Castro, Mariloly* |
| 38. | Ferreiro, Leandro* |
| 39. | Finley, Stanley |
| 40. | Fraga, Manuel* |
| 41. | Gates, Frank J. |
| 42. | Gokool, Ravi* |
| 43. | Gonzalez, James |
| 44. | Gonzalez, Raul |
| 45. | Gooden, Selvyn* |
| 46. | Grace, Anthony* |

\* This Plaintiff also appears on Exhibit B.

| NO. | NAME |
|---|---|
| 47. | Green, Charles |
| 48. | Guasp, Walter* |
| 49. | Guido, Robert |
| 50. | Gutierrez, Ernesto |
| 51. | Hall, Darryl |
| 52. | Hamm, Jermaine |
| 53. | Hernandez, Javier |
| 54. | Hobbs, Brando |
| 55. | Hunter, Mathis |
| 56. | Hussain, Adrian* |
| 57. | Hutchinson, Dave |
| 58. | Javier, Claudio* |
| 59. | Khalid, Mohammad* |
| 60. | Knowles, Ormand |
| 61. | Latronico, Luis* |
| 62. | Leroy, John* |
| 63. | Lewis, Carlos |
| 64. | Liriano, Jimmy* |
| 65. | Lujan, Moises D.* |
| 66. | Lynch, Robert* |
| 67. | Maharaj, Rajesh* |
| 68. | Mahon, David |
| 69. | Maryoung, Sean* |
| 70. | Matos, Juan* |
| 71. | McIntee, Blaise |

* This Plaintiff also appears on Exhibit B.

5

| NO. | NAME |
|---|---|
| 72. | Mendez, Jose |
| 73. | McNeill, Justin |
| 74. | Miller, Lonnie |
| 75. | Mohammed, Safi* |
| 76. | Otero, Pablo |
| 77. | Peace, Albert* |
| 78. | Pena, Daniel |
| 79. | Perea, Roberto |
| 80. | Perez, Pedro* |
| 81. | Pierre, Joseph R.* |
| 82. | Pimental, Antonio R. |
| 83. | Pineiro, Vicente* |
| 84. | Quintana, Christian* |
| 85. | Ramson, Kevin* |
| 86. | Rivera, Max* |
| 87. | Rivero, Jaime |
| 88. | Roche, Hugo* |
| 89. | Rodriguez, Humberto |
| 90. | Rose, William S. |
| 91. | Santin, Jorge* |
| 92. | Serrano, Jose* |
| 93. | Smith, Gregory L.* |
| 94. | Smith, Ronald E.* |
| 95. | Taylor, Leon |
| 96. | Thermilus, Paul* |

* This Plaintiff also appears on Exhibit B.

| NO. | NAME |
|---|---|
| 97. | Torres, David |
| 98. | Tucker, Herbert |
| 99. | Valdez, Hugo* |
| 100. | Valle, Walter |
| 101. | Vanoni, Guillermo* |
| 102 | Vartanyan, Kamer M.* |
| 103. | Vecino, Manuel |
| 104. | Vickers, Daniel |
| 105. | Vincent, Justin* |
| 106. | Youngblood, Larry* |
| 107. | Zea, Hector* |

* This Plaintiff also appears on Exhibit B.

# EXHIBIT B

## FINAL LIST OF PAYMENTS TO PLAINTIFFS
## FOR MISCHECKED BAGS

|  | Plaintiffs | Baggage Misplaced Penalties |
|---|---|---|
| 1 | Ansari, Azimul | $100.00 |
| 2 | Aranguren, Ruben | $100.00 |
| 3 | Baron, Wilson | $150.00 |
| 4 | Blackshear III, Richmond E. | $50.00 |
| 5 | Bleich, Lorrain | $50.00 |
| 6 | Bleich, Michael | $200.00 |
| 7 | Bravo, Eugenio | $200.00 |
| 8 | Brierre, Jean-Claude | $50.00 |
| 9 | Butler, Larry | $200.00 |
| 10 | Butler, Stevy | $200.00 |
| 11 | Caballero, Jose M. | $150.00 |
| 12 | Chanady, Nelson | $100.00 |
| 13 | Clay, Anthony | $50.00 |
| 14 | Crespo, Louis | $100.00 |
| 15 | Cruz, Benjamin | $250.00 |
| 16 | Curry, James | $200.00 |
| 17 | Diaz, Jorge M. | $300.00 |
| 18 | Fernandez, Juan C. | $50.00 |
| 19 | Fernandez de Castro, Mariloly | $50.00 |
| 20 | Ferreiro, Leandro | $50.00 |
| 21 | Fraga, Manuel | $50.00 |

MI/411591 1

|    | Plaintiffs          | Baggage Misplaced Penalties |
|----|---------------------|-----------------------------|
| 22 | Gokool, Ravi        | $50.00                      |
| 23 | Gooden, Selvyn      | $150.00                     |
| 24 | Grace, Anthony      | $50.00                      |
| 25 | Guasp, Walter       | $100.00                     |
| 26 | Hussain, Adrian     | $400.00                     |
| 27 | Javier, Claudio     | $50.00                      |
| 28 | Khalid, Mohammed    | $100.00                     |
| 29 | Latronico, Luis     | $50.00                      |
| 30 | Leroy, John         | $200.00                     |
| 31 | Liriano, Jimmy      | $100.00                     |
| 32 | Lujan, Moises D.    | $50.00                      |
| 33 | Lynch, Robert       | $50.00                      |
| 34 | Maharaj, Rajesh     | $250.00                     |
| 35 | Maryoung, Sean      | $50.00                      |
| 36 | Matos, Juan         | $150.00                     |
| 37 | Mohammed, Safi      | $300.00                     |
| 38 | Peace, Albert       | $50.00                      |
| 39 | Perez, Pedro        | $500.00                     |
| 40 | Pierre, Joseph R.   | $250.00                     |
| 41 | Pineiro, Vicente    | $200.00                     |
| 42 | Quitana, Christian  | $100.00                     |
| 43 | Ramson, Kevin       | $150.00                     |
| 44 | Rivera, Max         | $100.00                     |
| 45 | Roche, Hugo         | $150.00                     |

|  | Plaintiffs | Baggage Misplaced Penalties |
|---|---|---|
| 46 | Santin, Jorge | $50.00 |
| 47 | Serrano, Jose | $200.00 |
| 48 | Smith, Gregory L. | $50.00 |
| 49 | Smith, Ronald E. | $50.00 |
| 50 | Thermilus, Paul | $50.00 |
| 51 | Valdez, Hugo | $100.00 |
| 52 | Vanoni, Guillermo | $250.00 |
| 53 | Vartanyan, Kamer M. | $100.00 |
| 54 | Vincent, Justin | $100.00 |
| 55 | Youngblood, Larry | $50.00 |
| 56 | Zea, Hector | $50.00 |
|  |  |  |
|  | Total Penalties | $7,300.00 |