**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(Miami Division)



WILSON BARON, et al.,

    Plaintiffs,

vs.       Case No. 99-1053-Civ-Lenard/Turnoff

QUALITY AIRCRAFT SERVICES, INC., et al.,

    Defendants.

---

EDWARD BRICE, et al.,

    Plaintiffs,

vs.       Case No. 99-1928-Civ-Lenard/Turnoff

QUALITY AIRCRAFT SERVICES, INC. and DISPATCH SERVICES, INC.,

    Defendants.

---

**NOTICE OF DEFENDANT WORLDWIDE FLIGHT SERVICES, INC.
CONFIRMING AGREEMENT WITH THE APPROACH SUGGESTED
BY AMERICAN AIRLINES, INC. AND THE AMERICAN AIRLINES, INC. 'S
<u>NOTICE OF READINESS FOR DISTRIBUTION</u>**

Defendant Worldwide Flight Services, Inc., ("Worldwide") hereby confirms its agreement with the Notice of Readiness for Distribution provided by Defendant American Airlines, Inc. ("American"). Worldwide also confirms it remains willing to cooperate with the Court should anything be required in order to establish the confirmation of arrangements, or payments.

JOSEPH Z. FLEMING, ESQ.
FORD & HARRISON LLP
516 Ingraham Building
25 Southeast Second Avenue
Miami, Florida 33131
Telephone: (305) 373-0791
FAX: (305) 358-5933
Fla. Bar #093502


_____
Joseph Z. Fleming, P.A., Partner

Attorneys for Defendant Worldwide Flight
　Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by United States mail and facsimile, this 2 day of July, 2001, on:

Jorge Diaz-Cueto, Esq.
Jorge Diaz-Cueto & Associates, P.A.
Attorneys for Plaintiffs
Alfred I. DuPont Building
169 E. Flagler Street, Suite 1527
Miami, Florida 33131
Telephone: (305) 381-9188
Fax: (305) 381-9194

Otto DeCordoba, Esq.
Patricia Cassells, Esq.
DeCordoba & Cassells, P.A.
Attorneys for Plaintiffs
2 Alhambra Plaza, Suite 802
Coral Gables, Florida 33134
Telephone: (305) 448-0449
Fax: (305) 448-0554

Lawrence J. McGuinness, Esq.
Alvarez, Armas & Borron, P.A.
Attorneys for Plaintiffs
255 University Drive
Coral Gables, Florida 33134
Telephone: (305) 461-5100
Fax: (305) 461-8642

John W. Campbell, Esq.
Holland & Knight
Attorneys for Quality Aircraft Services, Inc.
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Telephone: (305) 789-7777
Fax: (305) 789-7799

Terence G. Connor, Esq.
Morgan, Lewis & Bockius LLP
Attorneys for American Airlines, Inc.
5300 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone: (305) 579-0300
Fax: (305) 579-0321

Mark Tucker, Esq.
Broad and Cassel
Attorneys for Dispatch Services, Inc.
215 South Monroe Street, Suite 400
Tallahassee, Florida 32301
Telephone: (850) 681-6810
Fax: (850) 681-9792

_____
Joseph Z. Fleming, P.A., Partner

42777.1